Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Pro Bono counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA NEW BUILDS, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01767-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING RESPONSE DEADLINE**<br><br>**(First Request)** |

　　　　Plaintiff, Elizabeth Estrada, and Defendant, Federal Home Loan Mortgage Corporation, hereby stipulate that Plaintiff shall have up to an including January 8, 2024 to file her response to Defendant's Motion to Stay Discovery (ECF 13). The current deadline is December 15, 2023. The

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

extension is requested because the parties are working out a potential stipulation as to the stay requested, and Freddie Mac needs time to consider the agreement proposed by Plaintiff. The extension is not sought to delay or prejudice any party.

Dated this 15th day of December, 2023

**BALLARD SPAHR**

/s/ Madeleine Coles
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
1980 Festival Plaza Drive, Ste. 900
Las Vegas, Nevada 89135
*Attorneys for Federal Home Loan Mortgage Corporation*

Dated this 15th day of December, 2023.

**HANKS LAW GROUP**

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Pro Bono counsel for Plaintiff*

IT IS SO ORDERED.

Date: 12/18/2023

_____
U.S. MAGISTRATE JUDGE

- 2 -