Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles, Esq.
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant Federal
Home Loan Mortgage Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH ESTRADA,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA NEW BUILDS, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive;<br><br>Defendants. | CASE NO. 2:23-cv-01767-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION TO FILE A REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY**<br><br>(First Request) |

Plaintiff Elizabeth Estrada and Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") hereby stipulate and agree that Freddie Mac shall have up to and including January 30, 2024, to file its reply in support of its Motion to Stay Discovery (ECF No. 13). The current deadline for Freddie Mac to file its reply is January 16, 2024. The parties are considering a stipulation regarding discovery, and the requested extension will allow the parties time to agree to a stipulation. This extension is sought in good faith and not for purposes of prejudice or delay.

///

///

DMFIRM #410657464 v1

DATED this 12th day of January 2024.

| BALLARD SPAHR LLP | HANKS LAW GROUP |
|---|---|
| By: Madeleine Coles | /s/ Karen L. Hanks |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Telephone: (702) 471-7000<br>Facsimile: (702) 471-7070<br>tasca@ballardspahr.com<br>colesm@ballardspahr.com | Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste. 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Defendant*<br>*Federal Home Loan Mortgage Corporation* | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1/16/2024

2

DMFIRM #410657464 v1