1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Madeleine Coles, Esq.
   Nevada Bar No. 16216
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  colesm@ballardspahr.com

7  *Attorneys for Defendant Federal*
   *Home Loan Mortgage Corporation*

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE DISTRICT OF NEVADA

10

11  ELIZABETH ESTRADA,                    CASE NO. 2:23-cv-01767-RFB-BNW

                Plaintiff,
12
    v.
13                                         **STIPULATION TO EXTEND TIME FOR
    NEVADA NEW BUILDS, LLC;                DEFENDANT FEDERAL HOME LOAN
14  FEDERAL HOME LOAN MORTGAGE             MORTGAGE CORPORATION TO FILE
    CORPORATION; DOES I through X; and     A REPLY IN SUPPORT OF ITS
15  ROE BUSINESS ENTITIES I through X,     MOTION TO STAY DISCOVERY**
    inclusive;
16                                         **(Second Request)**
                Defendants.
17

18          Plaintiff Elizabeth Estrada and Defendant Federal Home Loan Mortgage

19  Corporation ("Freddie Mac") hereby stipulate and agree that Freddie Mac shall have

20  up to and including February 6, 2024, to file its reply in support of its Motion to Stay

21  Discovery (ECF No. 4).  The current deadline for Freddie Mac to file its reply is January

22  30, 2024.  The parties have been discussing a stipulation regarding discovery, and

23  counsel for Freddie Mac today presented proposed terms of the stipulation.

24  Unfortunately, counsel for Plaintiff is currently out of the country and therefore unable

25  to review and consider the proposed terms.  The requested extension will allow the

26  parties time to finalize a stipulation if the terms are agreed upon.  This is the second

27  request for such an extension, and it is made in good faith and not for purposes of

28  prejudice or delay.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

DMFIRM #411081791 v1

DATED this 29th day of January 2024.

BALLARD SPAHR LLP

By:  /s/ Madeleine Coles
Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Defendant Federal Home
Loan Mortgage Corporation*

HANKS LAW GROUP

By:  /s/ Chantel Schimming (8886) for
Karen Hanks
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  1/30/2024

DMFIRM #411081791 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070