1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Madeleine Coles, Esq.
   Nevada Bar No. 16216
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  colesm@ballardspahr.com

7  *Attorneys for Defendant Federal
   Home Loan Mortgage Corporation*

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE DISTRICT OF NEVADA

10

| | |
|---|---|
| ELIZABETH ESTRADA, | CASE NO. 2:23-cv-01767-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |
| NEVADA NEW BUILDS, LLC; FEDERAL HOME LOAN MORTGAGE CORPORATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive; | |
| Defendants. | |

        Pursuant to LR 7-1, Plaintiff Elizabeth Estrada ("Plaintiff") and Defendant
Federal Home Loan Mortgage Corporation ("Freddie Mac") (collectively, the "Parties"),
by and through their respective attorneys, hereby stipulate and request the Court to
stay discovery pending the Court's ruling on Freddie Mac's Motion to Dismiss
Plaintiff's Complaint (ECF No. 4).

## RECITALS

        WHEREAS, Plaintiff filed her Complaint on September 20, 2023 (ECF No. 1),
and Freddie Mac removed Plaintiff's Complaint to this Court on October 30, 2023 (ECF
No. 1).

        WHEREAS Freddie Mac filed its Motion to Dismiss Plaintiff's Complaint (ECF
No. 4) on November 6, 2023 ("Motion to Dismiss").

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1    WHEREAS, Plaintiff filed her response to the Motion to Dismiss (ECF No. 21)
2    on December 12, 2023.

3    WHEREAS, Freddie Mac filed its Reply to Response to Motion to Dismiss (ECF
4    No. 28) on January 9, 2024.

5    WHEREAS, Freddie Mac filed a Motion to Stay Discovery pending the Court's
6    ruling on its Motion to Dismiss (ECF No. 13) on December 1, 2023.

7    WHEREAS, this Court entered a Discovery Plan and Scheduling Order on
8    December 4, 2023 (ECF No. 15).

9    WHEREAS, Plaintiff filed a Response to the Motion to Stay Discovery (ECF No.
10   27) on January 8, 2024.

11   **THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

12   1.    This Stipulation is entered into in good faith and not for purposes of delay.

13   2.    Freddie Mac agrees to provide Plaintiff with a current Payoff Statement
14   for the Loan, within five (5) days of the date of this stipulation, and any updated payoff
15   statements thereafter as reasonably needed and requested by Plaintiff in order for
16   Plaintiff to provide information necessary for her motion for default judgment against
17   Nevada New Builds, LLC.

18   3.    The Parties have agreed that further discovery and related motion
19   practice in this case, including Freddie Mac's Reply in support of its Motion to Stay
20   Discovery, should be stayed pending the Court's ruling on the Motion to Dismiss.

21   4.    The Parties agree that staying discovery will further the goal of Fed. R.
22   Civ. P. 1 and avoid further costs and expenses and use of Court resources until this
23   Court rules on the Motion to Dismiss.

24   5.    Following the Court's ruling on the Motion to Dismiss, the Parties will
25   confer with respect to revised deadlines for discovery and discovery-related motion
26   practice, to the extent necessary.

27   [Continued on following page.]

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

DMFIRM #411010891 v1

1   DATED this 6th day of February 2024.

2

3   BALLARD SPAHR LLP                          HANKS LAW GROUP

4   By: Madeleine Coles                        /s/ Karen L. Hanks
    Joel E. Tasca, Esq.                        Karen L. Hanks, Esq.
5   Nevada Bar No. 14124                       Nevada Bar No. 9578
    Madeleine Coles, Esq.                      7625 Dean Martin Drive, Ste. 110
6   Nevada Bar No. 16216                       Las Vegas, Nevada 89139
    1980 Festival Plaza Drive, Suite 900
7   Las Vegas, Nevada 89135
    Telephone: (702) 471-7000
8   Facsimile: (702) 471-7070
    tasca@ballardspahr.com
9   colesm@ballardspahr.com

10  *Attorneys for Defendant*                  *Attorneys for Plaintiff*
    *Federal Home Loan Mortgage Corporation*
11

12

13

14                              **ORDER**

15         IT IS SO ORDERED.  Freddie Mac's Motion to Stay Discovery (ECF No. 13)

16  shall also be denied without prejudice as moot.

17

18                          _____
19                          UNITED STATES MAGISTRATE JUDGE

20                          DATED:  2/7/2024

21

22

23

24

25

26

27

28

DMFIRM #411010891 v1